# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAVIOUS L. HUGHES,**                                           **PLAINTIFF**
**#160322**

v.                     Case No. 4:20-cv-00734-LPR-JTK

**LEONARD HOGG, et al.**                                     **DEFENDANTS**

## ORDER

The Court has received and reviewed Proposed Findings and Recommendations (Doc. 5) from United States Magistrate Judge Jerome T. Kearney. Mr. Hughes did not file an objection to this Recommendation. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Accordingly, Defendant Lincoln County Jail is DISMISSED with prejudice.

IT IS SO ORDERED this 30th day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE