**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAVIOUS L. HUGHES**                                                  **PLAINTIFF**
**#160322**

**v.**                                   **Case No. 4:20-cv-00734-LPR**

**LEONARD HOGG,** *et al.*                                      **DEFENDANTS**

## ORDER

The Court has received and reviewed the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney. (Doc. 31). Plaintiff Javious L. Hughes did not file any objections. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings.

IT IS THEREFORE ORDERED THAT:

1. Defendants' second Motion to Dismiss (Doc. 29) is GRANTED.

2. Defendants' first Motion to Dismiss (Doc. 15) is DENIED as moot.

3. Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to prosecute.

4. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of October 2020.

 

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE