IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAVIOUS L. HUGHES**  **PLAINTIFF**
**#160322**

v.    Case No. 4:20-cv-00734-LPR

**LEONARD HOGG,** *et al.*    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice for failure to prosecute. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an in forma pauperis appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 20th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE